### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN D. SCISM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-05-1174-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), for judicial review of the defendant commissioner's final decision denying plaintiff's application for disability insurance benefits and supplemental security income benefits.

On June 28, 2006, Magistrate Judge Valerie K. Couch entered her Report and Recommendation, recommending that the commissioner's decision be reversed and remanded. In her Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation on or before July 18, 2006. The Report further advised that failure to make timely objection to the Report and Recommendation waives the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. Neither party has objected to the Report, and neither party has requested an extension of time within which to do so. With no objection being filed, and having reviewed the Report and Recommendation, the record and the relevant authorities, the court finds that no purpose would be served by setting out any further analysis here and further finds and concludes that the Report and Recommendation should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Couch as stated in her Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

Dated this 21st day of July, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1174p002(pub).wpd